PER CURIAM.

(No. 74-CC-524—Claimant )

BRADNER SMITH & COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed April 11, 1974.*

BRADNER SMITH & COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.